CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>**Lane Myers**<br>DOB: 1982; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>24-05348MJ |

Complaint for violations of 41 C.F.R. §§ 102-74.385 and 102.74.450 (Class C misdemeanors)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

COUNT 1: On or about November 6, 2024, at the Evo A. DeConcini Federal Courthouse, Tucson, in the District of Arizona, Defendant, **Lane Myers**, did fail to comply with the lawful directive of a Court Security Officer; in violation of 41 C.F.R. §§ 102-74.385 and 102.74.450.

COUNT 2: On or about November 6, 2024, at the Evo A. DeConcini Federal Courthouse, Tucson, in the District of Arizona, Defendant, **Lane Myers**, did fail to comply with the lawful directive of a Deputy U.S. Marshal; in violation of 41 C.F.R. §§ 102-74.385 and 102.74.450.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On or about Wednesday, November 6, 2024, Defendant **Lane Myers** approached the Evo A. DeConcini Federal Courthouse, Tucson, in the District of Arizona. **Myers** was using his cellphone to Live Streaming video to a YouTube channel. The video shows **Myers** being approached by a Court Security Officer (CSO) who asked if he was recording. **Mr. Myers** stated that he was and that he was allowed to. The CSO informed him that he could not come into the courthouse and could not film on the property. **Myers** refused to stop filming and tried to enter the courthouse.

**Myers** requested that the U.S. Marshals respond and wanted to speak to a supervisor. A Deputy U.S. Marshal (DUSM) made contact with **Myers** just outside the courthouse. The DUSM observed a cell phone in **Myers'** hands that appeared to be held in a manner as if he were recording or photographing the area around him. The DUSM asked "Excuse me sir, are you filming here?" to which **Myers** responded "I'm allowed". The DUSM told him he could not film right there. The DUSM asked **Myers** to follow him to the sidewalk to speak with him in this area, where filming would be permitted. **Myers** refused and remained outside near the courthouse lobby. He said "I'm

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>Elliot Manspeaker<br>OFFICIAL TITLE & NAME:<br>Deputy U.S. Marshal Elliot Manspeaker |
|---|---|

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>Maria S. Aguilera | **DATE**<br>November 21, 2024 |
|---|---|

[1)] See Federal Rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA Sarah B. Houston

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

not going out there, I'm staying right here". The DUSM attempted to provide **Myers** with the relevant C.F.R. and LRCiv 43.1(a)(1) that prohibit filming, but **Myers** was argumentative and refused to accept or review the documents. **Myers** remained near the courthouse doors, continued to livestream, and argued with CSOs and the DUSM.

Eventually **Myers** asked the DUSM what the process was to serve a U.S. District Court Judge in Tucson with a subpoena. The DUSM answered **Myers** question and **Myers** then left the area.